FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2017 APR 27 PM 3:58
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| VINCENT GEVIRTZ, Defendant. | ) | 1 17-cr-0068 RLY -MJD |

**INFORMATION**

The United States Attorney charges that:

**General Allegations**

At times material to these charges:

**Definitions**

1. The term "minor" was defined as a person under the age of 18 years. 18 U.S.C. § 2256(1).

2. The term "sexually explicit conduct" was defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) masturbation; or (c) lascivious exhibition of the genitals or pubic area of any person. 18 U.S.C. § 2256.

3. The term "visual depiction" was defined to include undeveloped film and videotape, and data stored on computer disk or other electronic

means, which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. 18 U.S.C. § 2256(3).

4. "Internet Chat," or "Internet Relay Chat" as used herein, refers to any kind of text communication over the Internet that is transmitted in real-time from sender to receiver. Chat messages are generally shot in order to enable other participants to respond quickly and in a format that resembles an oral conversation. This feature distinguishes chatting from other te3xt-based online communications such as Internet forums and email.

5. Internet Chatting is a means or facility of interstate or foreign commerce.

**Defendant VINCENT GEVIRTZ**

6. The Defendant, Vincent Gevirtz ("GEVIRTZ"), was a resident of Muncie, Indiana, in the Southern District of Indiana. GEVIRTZ used the internet to distribute and receive visual depictions of minors engaged in sexually explicit conduct.

7. On or about May 4, 2016, GEVIRTZ distributed child pornography using an internet relay chat network service by posting hyperlinks that would direct the other user to an online location where the recipient user could access, download, and receive visual depictions of minors engaged in sexually explicit conduct.

8. GEVIRTZ knew that the minors depicted in these images were under the age of 18 years. At least one of the minors in the images was a pre-pubescent minor less than twelve years of age.

9. GEVIRTZ also solicited and received visual depictions of minors engaged in sexually explicit conduct from other users of an internet relay chat network.

**Count 1**

**Distribution and Receipt of Visual Depictions of Minors Engaging in Sexually Explicit Conduct 18 U.S.C. §§ 2252(a)(2)**

10. The General Allegations in Paragraphs 1 through 9 are realleged in this Count.

11. On or about May 4, 2016, in the Southern District of Indiana, VINCENT GEVIRTZ, the defendant herein, knowingly distributed any visual depiction using any means or facility of interstate or foreign commerce or that had been mailed, or had been shipped or transported in or affecting interstate or foreign commerce, or which contained materials which had been mailed or so shipped or transported, by any means including by computer, or knowingly reproduced any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of

such conduct, that being, one or more images and videos of minors depicted in commercial child pornography.

All of which is a violation of Title 18, United States Code, Section 2252(a)(2).

**Forfeiture**

The allegations in this Information are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253, and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure.

In accordance with 18 U.S.C. § 2253 and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure and premised upon the conviction of defendant VINCENT GEVIRTZ of violations of Chapter 110, Title 18, United States Code, Section 2252(a) as set forth in Count 1 of this Information, the defendant VINCENT GEVIRTZ, shall forfeit to the United States any personal property used or intended to be used to commit or to promote the commission of the offense set forth in the Information. Such property includes, but is not limited to the following items:

- Computer

JOSH J. MINKLER
United States Attorney
Southern District of Indiana

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

Winfield. D. Ong, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

Winfield D. Ong
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 27th day of April, 2017.

Guey Jen Yang
Notary Public

My Commission Expires:

June 27, 2022

My County of Residence:

Hendricks

GUEY JEN YANG
Commission Expires 06-27-2022
NOTARY PUBLIC
NOTARY SEAL
Comm. #653454
Hendricks County
STATE OF INDIANA